FRED KELLY ET AL., APPELLANTS, V. ILER C. JENSEN, APPELLEE.

FILED JUNE 12, 1930. No. 27427.

*C. H. Hendrickson* and *Robert G. Fuhrman,* for appellants.

*Mullen & Morrissey* and *Alfred D. Raun, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an action brought by plaintiffs as taxpayers by which they sought to oust defendant from the office of sheriff of Thurston county because of alleged misconduct. The district court for Thurston county found in favor of defendant and plaintiffs have appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.